IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ANC RENTAL CORPORATION, et al.

| | | |
|---|---|---|
| ANC RENTAL CORPORATION, et al. | § § § | |
| Appellant | § § | Civil Action No. 04-1430 |
| v. | § § | |
| HARRIS COUNTY, ET AL. | § § § | |
| Appellee | § | Bankruptcy Case No. 01-11200 |

**ORDER APPROVING STIPULATION ALLOWING CLAIMS OF THE HARRIS COUNTY, TEXAS TAXING AUTHORITIES AND RESOLVING HARRIS COUNTY ADVERSARY PROCEEDING AND APPEAL**

The Court having considered the Stipulation Between Reorganized Debtors and Harris County, Texas Taxing Authorities (the "Stipulation") and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved in its entirety.

Dated: _____, 2005

_____
United States District Court Judge

SL1 528144v1/11002.003