## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that the foregoing Stipulation was served on the counsel indicated below by first class United States mail, postage prepaid on this 25th day of April, 2005:

> Brian A. Sullivan, Esquire
> WERB & SULLIVAN
> 300 Delaware Avenue, 13th Floor
> P. O. Box 25046
> Wilmington, Delaware  19899
>
> Theodore J. Tacconelli, Esquire
> Ferry Joseph & Pierce
> 824 North Market Street, Suite 904
> P.O. Box 1351
> Wilmington, DE  19899

          /s/ Joseph Grey
JOSEPH GREY (ID 2358)