IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ANC RENTAL CORPORATION, et al.

---

| | | |
|---|---|---|
| ANC RENTAL CORPORATION, et al. | § § § | |
| Appellant | § § | Civil Action No. 04-1430 |
| v. | § § | |
| HARRIS COUNTY, ET AL. | § § § | |
| Appellee | § | Bankruptcy Case No. 01-11200 |

**Related to Docket No. 8**

**NOTICE OF WITHDRAWAL OF STIPULATION ALLOWING CLAIMS OF THE HARRIS COUNTY, TEXAS TAXING AUTHORITIES AND RESOLVING HARRIS COUNTY ADVERSARY PROCEEDING AND APPEAL**

ANC Rental Corporation ("Appellant"), hereby withdraws its Stipulation Allowing Claims of the Harris County, Texas Taxing Authorities and Resolving Harris County Adversary Proceeding and Appeal (Docket No. 8) which was filed April 25, 2005.

Dated: Wilmington, Delaware
April 25, 2005

STEVENS & LEE

By: /s/ Joseph Grey
Thomas G. Whalen, Jr. (No. 4034)
Joseph Grey (No. 2358)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
(302) 654-5180
(302) 654-5181(fax)

*Attorneys for Liquidating Trustee*

SL1 535378v1/11002.001