## **CERTIFICATE OF SERVICE**

I, Joseph Grey, hereby certify that the foregoing *Notice of Withdrawal* was served on the counsel indicated below by first class United States mail, postage prepaid on this 25th day of April, 2005:

>Brian A. Sullivan, Esquire
>WERB & SULLIVAN
>300 Delaware Avenue, 13th Floor
>P. O. Box 25046
>Wilmington, Delaware  19899
>
>Theodore J. Tacconelli, Esquire
>Ferry Joseph & Pierce
>824 North Market Street, Suite 904
>P.O. Box 1351
>Wilmington, DE  19899

/s/ *Joseph Grey*
JOSEPH GREY (ID 2358)