IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*: ) | Chapter 11 |
| ) | |
| ANC RENTAL CORP., *et al.* ) | Bankruptcy Case No. 01-11220 (MFW) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ANC RENTAL CORP., *et al.*, ) | |
| Appellants, ) | |
| ) | Civil Action No. 04-1428 (GMS) |
| v. ) | |
| TARRANT COUNTY, *et al.*, ) | |
| Appellees. ) | |
| ) | |
| ANC RENTAL CORP., *et al.*, ) | |
| Appellants, ) | |
| ) | Civil Action No. 04-1430 (GMS) |
| v. ) | |
| COUNTY OF HARRIS, *et al.*, ) | |
| Appellees. ) | |
| ) | |
| ANC RENTAL CORP., *et al.*, ) | |
| Appellants, ) | |
| ) | Civil Action No. 04-1464 (GMS) |
| v. ) | |
| DALLAS COUNTY, *et al.*, ) | |
| Appellees. ) | |

**<u>ORDER</u>**

WHEREAS, on December 21, 2004, the appellees filed a letter (D.I. 6) with the court

requesting to bypass mediation procedures in the above-cited cases;

WHEREAS, on December 23, 2004, the debtors/appellants filed a response (D.I. 7) opposing the appellees request;

WHEREAS, the United States District Court for the District of Delaware has a Standing Order, dated July 23, 2004, requiring "mandatory mediation of all [Bankruptcy Court] appeals"; and

WHEREAS, the appellees have not shown sufficient need to bypass the mediation requirement;

IT IS HEREBY ORDERED that:

1. The appellees' letter request to bypass mediation (D.I. 6) is DENIED.


Dated: April 29 , 2005                          /s/ Gregory M. Sleet
                                                UNITED STATES DISTRICT JUDGE