# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William H. Sudell, Jr.
302 575 7284
302 425 4685 Fax
wsudell@mnat.com



June 17, 2005

**VIA HAND-DELIVERY**

Ms. Monica Mosley
Office of the Clerk
United States District Court
District of Delaware
U.S. Courthouse
844 King Street, Lockbox 18
Wilmington, DE 19801

      Re:    ANC Rental Corporation, et al. v. Tarrant County, et al.,
              Appeal No. AP 04-107 (GMS), C.A. No. 04-1428
              ANC Rental Corporation, et al. v. Dallas County, et al.,
              Appeal No. AP 04-106 (GMS), C.A. No. 04-1430
              Main Bankruptcy Case No. 01-11200, U.S. Bankr., D. Del.

Dear Ms. Mosley:

      I write to report that I conducted a mediation in the referenced appeals from the Bankruptcy Court on June 17, 2005. The appeals were not resolved through mediation.

      If you have any questions, please do not hesitate to contact me.

                            Sincerely yours,

                            William H. Sudell, Jr.

WHS/clh
cc:    Joseph Grey, Esquire
       Theodore J. Tacconelli, Esquire
       Brian A. Sullivan, Esquire
       H. Elizabeth Weller, Esquire
       Elizabeth Banda, Esquire
       Joseph M. Harrison, IV, Esquire
       Joseph T. Longoria, Esquire

470438