IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ANC RENTAL CORPORATION, et al.

| | |
|---|---|
| ANC RENTAL CORPORATION, et al., <br><br> Appellant <br><br> v. <br><br> DALLAS COUNTY, ET AL. <br><br> Appellee. | Action No. 04-1430 <br><br><br><br> Bankruptcy Case No. 01-11200 |

**STIPULATION AND ORDER RE POST-TRIAL BRIEFING SCHEDULE**

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree that, subject to the approval of the Court, the following schedule shall control post-trial briefing in this action:

1. Appellants shall file and serve their Appellant's Briefs on or before 5:00 p.m. on Friday, July 22, 2005.

2. Appellees shall file and serve their Appellees' Briefs on or before 5:00 p.m. on Friday, August 19, 2005.

3. Appellants shall file and serve their Reply Briefs on or before 5:00 p.m. on Friday, September 9, 2005.

4. The parties shall each serve copies of the foregoing briefs upon each other by hand delivery, overnight delivery or telecopy so as to assure actual receipt of a complete copy of the brief and any attachments thereto not later than the respective filing deadline as specified above.

SL1 520432v1/14375.001

| STEVENS & LEE, P.C. | FERRY, JOSEPH & PEARCE, PA |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Joseph Grey (ID No. 2358) | Theodore J. Tacconelli (ID No. 2678) |
| Thomas G. Whalen, Jr. (ID No. 4345) | 824 Market Street, Suite 904 |
| 1105 North Market Street | Wilmington, DE 19801 |
| Seventh Floor | TEL: (302) 575-1555 |
| Wilmington, DE 19801 | FAX: (302) 575-1714 |
| TEL: (302) 654-5180 | E-MAIL: |
| FAX: (302) 654-5181 | |
| E-MAIL: jg@stevenslee.com | |
| Attorneys for Appellant | Attorneys for Appellee |

**SO ORDERED, this _____ day of _____, 2005**

_____