IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ANC RENTAL CORPORATION, et al.

Debtors

Bankruptcy Case No. 01-11200

---

ANC RENTAL CORPORATION, et al.

    Appellant

v.

DALLAS COUNTY, ET AL.

    Appellees

Civil Action No. 04-1430

---

ORDER GRANTING APPELLANT'S
UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF

WHEREAS, on July 21, 2005, the Appellant filed an Unopposed Motion for Extension of Time to File Brief;

IT IS HEREBY ORDERED that:

1. Appellant's Motion is hereby GRANTED;

2. The filing deadline for Appellant's Brief is extended to August 12, 2005;

3. The filing deadline for Appellee's Brief is extended to September 9, 2005; and

4. The filing deadline for Appellant's Reply Brief is September 30, 2005.

Dated: _____, 2005.

                                                       Honorable Gregory M. Sleet
                                                     United States District Court Judge

SL1 558616v1/011002.00001