## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record indicated below by facsimile on this 21st day of July, 2005.

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, #1600
Dallas, TX 75201

Theodore J. Tacconelli
Ferry, Joseph & Pearce, PA
824 Market Street, Suite 904
Wilmington, DE 19899


Mike Tabor
Shannon, Gracey, Ratliff &
   Miller, LLP
500 North Akard Street, Suite 2575
Dallas, TX 75201

/s/ Joseph Grey
Joseph Grey