## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on August 12, 2005, copies of the Appellants' Opening Brief were served by facsimile upon counsel for the Appellees at the following addresses:

>Elizabeth Weller, Esquire
>Linebarger Goggan Blair & Sampson, LLP
>2323 Bryan Street, #1600
>Dallas, TX 75201
>
>Theodore J. Tacconelli, Esquire
>Ferry, Joseph & Pearce, PA
>824 Market Street, Suite 904
>Wilmington, DE 19899
>
>Mike Tabor, Esquire
>Shannon, Gracey, Ratliff &
>   Miller, LLP
>500 North Akard Street, Suite 2575
>Dallas, TX 75201
>
>Brian A. Sullivan, Esquire
>Werb & Sullivan
>300 Delaware Avenue, 10th Floor
>P.O. Box 25046
>Wilmington, DE 19899

>  /s/ Joseph Grey
> JOSEPH GREY