IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ANC RENTAL CORPORATION, et al.

| | |
|---|---|
| ANC RENTAL CORPORATION, et al., Appellants<br><br>v.<br><br>DALLAS COUNTY, ET AL. Appellee. | Action No. 04-1430 GMS<br><br><br><br>Bankruptcy Case No. 01-11200 |

## STIPULATION AND ORDER RE POST-TRIAL BRIEFING SCHEDULE

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree that, subject to the approval of the Court, the following schedule shall control post-trial briefing in this action:

1. Appellants have filed and served their Opening Brief.

2. Appellees shall file and serve their Answering Briefs on or before 5:00 p.m. on Friday, September 30, 2005.

3. Appellants shall file and serve their Reply Brief on or before 5:00 p.m. on Friday, October 21, 2005.

4. The parties shall each serve copies of the foregoing briefs upon each other by hand delivery, overnight delivery or telecopy so as to assure actual receipt of a complete copy of the brief and any attachments thereto not later than the respective filing deadline as specified above.

| | |
|---|---|
| STEVENS & LEE, P.C. | FERRY, JOSEPH & PEARCE, PA |
| By: *(signature)* | By: *(signature)* |
| Joseph Grey (ID No. 2358) | Theodore J. Tacconelli (ID No. 2678) |
| Thomas G. Whalen, Jr. (ID No. 4345) | 824 Market Street, Suite 904 |
| 1105 North Market Street | Wilmington, DE 19801 |
| Seventh Floor | TEL: (302) 575-1555 |
| Wilmington, DE 19801 | FAX: (302) 575-1714 |
| TEL: (302) 654-5180 | |
| FAX: (302) 654-5181 | |
| E-MAIL: jg@stevenslee.com | |
| Attorneys for Appellant | Attorneys for Appellee Dallas County |

WERB & SULLIVAN

By: *(signature)*

Brian A. Sullivan (#2098)
Amy D. Brown (#4077)
300 Delaware Avenue, 10th Floor
Wilmington, DE 19899
TEL: (302) 652-1100
FAX: (302) 652-1111

Attorneys for Appellee Dallas CAD


**SO ORDERED**, this _____ day of _____, 2005


_____
United States District Court Judge