**CERTIFICATE OF SERVICE**

This is to certify that on this 9th day of September 9, 2005, a true and correct copy of the foregoing document has been served on the following:

**VIA FIRST CLASS MAIL and EMAIL**

J. M. HARRISON & ASSOCIATES
Joseph M. Harrison IV, Esq.
1009 C Street, Suite 200
Floresville, Texas 78114-2223


Theodore J. Tacconelli, Esq.
FERRY, JOSEPH & PEARCE, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899


Joseph Grey, Esq.
STEVENS & LEE, P.C
1105 North Market Street, 7th Floor
Wilmington, DE 19801


/s/ Brian A. Sullivan
Brian A. Sullivan