## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on September 30, 2005, copies of the Appellants' Reply Brief were served by facsimile upon counsel for the Appellees at the following addresses:

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, #1600
Dallas, TX 75201

Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, PA
824 Market Street, Suite 904
Wilmington, DE 19899

Mike Tabor, Esquire
Shannon, Gracey, Ratliff & Miller, LLP
500 North Akard Street, Suite 2575
Dallas, TX 75201

Brian Sullivan, Esquire
Werb & Sullivan
300 Delaware Avenue, 10th Floor
P.O. Box 25046
Wilmington, DE 19899

_____
Joseph Grey

SL1 576520v1/011002.00003